UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WILLIAMS. | Case No. 24-cv-02895-HSG<br><br>**ORDER OF DISMISSAL** |

On or about May 14, 2024, the Court docketed a 1-page handwritten document received from Plaintiff. Dkt. No. 1. Because Plaintiff sought relief from this Court, the Court opened an action pursuant to this filing. That same day, the Court sent Plaintiff deficiency notices, instructing Plaintiff that he was required to file, within twenty-eight days, (1) a complaint on a complaint by a prisoner form, and (2) an *in forma pauperis* application. Dkt. Nos. 2, 3. The deadline to file these documents has passed, and Plaintiff has not filed the required documents. This action cannot proceed without a complaint on the proper form and either the filing fee or an *in forma pauperis* application. Accordingly, this action is DISMISSED for failure to file a complaint on the proper form and for failure to either pay the filing fee or file an *in forma pauperis* application. The dismissal is without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by a complaint on the proper form and either the filing fee or an *in forma pauperis* application.

**IT IS SO ORDERED.**

Dated: 6/28/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge