UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re WILLIAMS. | Case No. 24-cv-02895-HSG |
|---|---|
| | **JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. The Clerk is directed to enter judgment against Plaintiff, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   6/28/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge